[No. 5665–8–II.   Division Two.   September 27, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GILBERT
MADISON FLINN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 80–1–00016–3, John H. Kirkwood, J., entered June 5, 1981. *Affirmed* by unpublished opinion per

Reed, C.J., concurred in by Petrie and Petrich, JJ.